**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01148-CV

### GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS AND STEVEN C. GASTON, Appellants

### V.

### BOBBIE BUSH, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

Appellants' October 30, 2015 motion to strike appellee's post-submission letter brief is

**DENIED**. Appellants' alternative motion to file a response to appellee's post-submission letter

brief is **GRANTED**, and appellants' response is due November 16, 2015.

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE